# United States Bankruptcy Court
## District of Arizona

In re    Ami N. Calloway
       Gabriel A. Calloway
                      Debtor(s)

Case No. _____
Chapter    7

## Declaration of Evidence of Employers' Payments Within 60 Days

[X]    Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

[ ]    Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

[ ]    Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor,    **Ami N. Calloway**   , declares the foregoing to be true and correct under penalty of perjury.

[X]    Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

[ ]    Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

[ ]    Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor,    **Gabriel A. Calloway**   , declares the foregoing to be true and correct under penalty of perjury.

Date    **September 22, 2009**      Signature    /s/ Ami Calloway
                                                       Ami N. Calloway
                                                       Debtor

Date    **September 22, 2009**      Signature    /s/ Gabriel Calloway
                                                       Gabriel A. Calloway
                                                       Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

**ALL METAL FABRICATION CO., INC.**　18677

Employee
Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335

SSN: ***-**-9246
Status (Fed/State): Single/Single
Pay Period: 09/03/2009 - 09/09/2009

Allowances/Extra
Fed-1/AZ-0/10
Pay Date: 09/10/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 26.00 | 18.00 | 468.00 | 20,408.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 468.00 | 20,890.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -36.00 | -1,365.00 |
| Social Security Employee | -29.02 | -1,295.23 |
| Medicare Employee | -6.79 | -302.92 |
| Az Withholding | -22.85 | -817.93 |
| | -94.66 | -3,781.08 |

Net Pay　373.34　17,109.72

All Metal Fabrication, Inc., PO Box 6775, Goodyear AZ 85338, PH: 623 937-8007, Fax: 623 847-3615

---

**AMFCO FUEL STORAGE, INC**　5158

Employee
Gabe A. Calloway, 15201 N. Luna Street, El Mirage, AZ 85335

SSN: ***-**-9246
Status (Fed/State): Single/Single
Pay Period: 09/03/2009 - 09/09/2009

Allowances/Extra
Fed-1/0/AZ-0/0
Pay Date: 09/10/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 4.00 | 18.00 | 72.00 | 2,111.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -82.00 |
| Social Security Employee | -4.47 | -130.91 |
| Medicare Employee | -1.05 | -30.62 |
| AZ - Withholding | 0.00 | -29.13 |
| | -5.52 | -272.66 |

Net Pay　66.48　1,838.74

AMFCO Fuel Storage, Inc., PO Box 6775, Goodyear AZ 85338 623-937-8007

## ALL METAL FABRICATION CO., INC.

10623

| Employee | | | | |
|---|---|---|---|---|
| Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335 | | | | |

SSN: ***-**-9246  
Status (Fed/State): Single/Single  
Pay Period: 08/20/2009 - 08/26/2009  

Allowances/Extra: Fed-1/AZ-0/10  
Pay Date: 08/27/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40.00 | 18.00 | 720.00 | 19,220.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 720.00 | 19,702.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -74.00 | -1,255.00 |
| Social Security Employee | -44.64 | -1,221.57 |
| Medicare Employee | -10.44 | -285.69 |
| Az Withholding | -36.42 | -758.66 |
| | -165.50 | -3,520.92 |
| Net Pay | 554.50 | 16,181.88 |

All Metal Fabrication, Inc., PO Box 6775, Goodyear AZ 85338, PH: 623 937-8007, Fax: 623 847-3615

---

## ALL METAL FABRICATION CO., INC.

18654

| Employee | | | | |
|---|---|---|---|---|
| Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335 | | | | |

SSN: ***-**-9246  
Status (Fed/State): Single/Single  
Pay Period: 08/27/2009 - 09/02/2009  

Allowances/Extra: Fed-1/AZ-0/10  
Pay Date: 09/03/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40.00 | 18.00 | 720.00 | 19,940.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 720.00 | 20,422.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -74.00 | -1,329.00 |
| Social Security Employee | -44.64 | -1,266.21 |
| Medicare Employee | -10.44 | -296.13 |
| Az Withholding | -36.42 | -795.08 |
| | -165.50 | -3,686.42 |
| Net Pay | 554.50 | 16,736.38 |

All Metal Fabrication, Inc., PO Box 6775, Goodyear AZ 85338, PH: 623 937-8007, Fax: 623 847-3615

## ALL METAL FABRICATION CO., INC.     18588

Employee
Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335

SSN: ***-**-9246
Status (Fed/State): Single/Single
Pay Period: 08/06/2009 - 08/12/2009
Allowances/Extra: Fed-1/AZ-0/10
Pay Date: 08/13/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32.00 | 18.00 | 576.00 | 17,852.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 576.00 | 18,334.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -52.00 | -1,118.00 |
| Social Security Employee | -35.71 | -1,136.76 |
| Medicare Employee | -8.35 | -265.85 |
| Az Withholding | -28.56 | -689.75 |
| | -124.62 | -3,210.36 |

| Net Pay | 451.38 | 15,124.44 |
|---|---|---|

All Metal Fabrication, Inc., PO Box 6775, Goodyear AZ 85338, PH: 623 937-8007, Fax: 623 847-3615

---

## AMFCO FUEL STORAGE, INC     5129

Employee
Gabe A. Calloway, 15201 N. Luna Street, El Mirage, AZ 85335

SSN: ***-**-9246
Status (Fed/State): Single/Single
Pay Period: 08/13/2009 - 08/19/2009
Allowances/Extra: Fed-1/0/AZ-0/0
Pay Date: 08/20/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 4.00 | 18.00 | 72.00 | 2,039.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -82.00 |
| Social Security Employee | -4.46 | -126.44 |
| Medicare Employee | -1.04 | -29.57 |
| AZ - Withholding | 0.00 | -29.13 |
| | -5.50 | -267.14 |

| Net Pay | 66.50 | 1,772.26 |
|---|---|---|

AMFCO Fuel Storage, Inc., PO Box 6775, Goodyear AZ 85338 623-937-8007

---

## ALL METAL FABRICATION CO., INC.     18605

Employee
Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335

SSN: ***-**-9246
Status (Fed/State): Single/Single
Pay Period: 08/13/2009 - 08/19/2009
Allowances/Extra: Fed-1/AZ-0/10
Pay Date: 08/20/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 36.00 | 18.00 | 648.00 | 18,500.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 648.00 | 18,982.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -63.00 | -1,181.00 |
| Social Security Employee | -40.17 | -1,176.93 |
| Medicare Employee | -9.40 | -275.25 |
| Az Withholding | -32.49 | -722.24 |
| | -145.06 | -3,355.42 |

| Net Pay | 502.94 | 15,627.38 |
|---|---|---|

All Metal Fabrication, Inc., PO Box 6775, Goodyear AZ 85338, PH: 623 937-8007, Fax: 623 847-3615

## AMFCO FUEL STORAGE, INC

5098

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Gabe A. Calloway, 15201 N. Luna Street, El Mirage, AZ 85335 | | | | | ***-**-9246 | Single/Single | Fed-1/0/AZ-0/0 |
| | | | | | | Pay Period: 07/23/2009 - 07/29/2009 | Pay Date: 07/30/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 15.00 | 18.00 | 270.00 | 1,913.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -6.00 | -82.00 |
| Social Security Employee | -16.74 | -118.63 |
| Medicare Employee | -3.91 | -27.74 |
| AZ - Withholding | -2.14 | -29.13 |
| | -28.79 | -257.50 |

| Net Pay | 241.21 | 1,655.90 |
|---|---|---|

AMFCO Fuel Storage, Inc., PO Box 6775, Goodyear AZ 85338 623-937-8007

---

## ALL METAL FABRICATION CO., INC.

18553

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335 | | | | | ***-**-9246 | Single/Single | Fed-1/AZ-0/10 |
| | | | | | | Pay Period: 07/30/2009 - 08/05/2009 | Pay Date: 08/06/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 37.00 | 18.00 | 666.00 | 17,276.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 666.00 | 17,758.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -66.00 | -1,066.00 |
| Social Security Employee | -41.30 | -1,101.05 |
| Medicare Employee | -9.65 | -257.50 |
| Az Withholding | -33.56 | -661.19 |
| | -150.51 | -3,085.74 |

| Net Pay | 515.49 | 14,673.06 |
|---|---|---|

All Metal Fabrication, Inc., PO Box 6775, Goodyear AZ 85338, PH: 623 937-8007, Fax: 623 847-3615

---

## AMFCO FUEL STORAGE, INC

5108

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Gabe A. Calloway, 15201 N. Luna Street, El Mirage, AZ 85335 | | | | | ***-**-9246 | Single/Single | Fed-1/0/AZ-0/0 |
| | | | | | | Pay Period: 07/30/2009 - 08/05/2009 | Pay Date: 08/06/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 3.00 | 18.00 | 54.00 | 1,967.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -82.00 |
| Social Security Employee | -3.35 | -121.98 |
| Medicare Employee | -0.79 | -28.53 |
| AZ - Withholding | 0.00 | -29.13 |
| | -4.14 | -261.64 |

| Net Pay | 49.86 | 1,705.76 |
|---|---|---|

AMFCO Fuel Storage, Inc., PO Box 6775, Goodyear AZ 85338 623-937-8007

## ALL METAL FABRICATION CO., INC.  18483

Employee  
Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335

SSN: ***-**-9246  
Status (Fed/State): Single/Single  
Pay Period: 07/09/2009 - 07/15/2009  
Allowances/Extra: Fed-1/AZ-0/10  
Pay Date: 07/16/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 9.00 | 18.00 | 162.00 | 15,584.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 162.00 | 16,066.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | -914.00 |
| Social Security Employee | -10.04 | -996.14 |
| Medicare Employee | -2.35 | -232.97 |
| Az Withholding | -10.00 | -576.93 |
| | -22.39 | -2,720.04 |

| Net Pay | 139.61 | 13,346.76 |
|---|---|---|

All Metal Fabrication, Inc., PO Box 6775, Goodyear AZ 85338-6775, PH: 623 937-8007, Fax: 623 847-3615

---

## ALL METAL FABRICATION CO., INC.  18503

Employee  
Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335

SSN: ***-**-9246  
Status (Fed/State): Single/Single  
Pay Period: 07/16/2009 - 07/22/2009  
Allowances/Extra: Fed-1/AZ-0/10  
Pay Date: 07/23/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40.00 | 18.00 | 720.00 | 16,304.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 720.00 | 16,786.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -74.00 | -988.00 |
| Social Security Employee | -44.64 | -1,040.78 |
| Medicare Employee | -10.44 | -243.41 |
| Az Withholding | -36.42 | -613.35 |
| | -165.50 | -2,885.54 |

| Net Pay | 554.50 | 13,901.26 |
|---|---|---|

All Metal Fabrication, Inc., 6502 W. Myrtle, Glendale, AZ 85301, PH: 623 937-8007, Fax: 623 847-3615

---

## ALL METAL FABRICATION CO., INC.  18515

Employee  
Gabe A Calloway, 15201 N. Luna Street, El Mirage, AZ 85335

SSN: ***-**-9246  
Status (Fed/State): Single/Single  
Pay Period: 07/23/2009 - 07/29/2009  
Allowances/Extra: Fed-1/AZ-0/10  
Pay Date: 07/30/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 17.00 | 18.00 | 306.00 | 16,610.40 |
| Vacation Hourly Rate | | | 0.00 | 482.40 |
| | | | 306.00 | 17,092.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -12.00 | -1,000.00 |
| Social Security Employee | -18.97 | -1,059.75 |
| Medicare Employee | -4.44 | -247.85 |
| Az Withholding | -14.28 | -627.63 |
| | -49.69 | -2,935.23 |

| Net Pay | 256.31 | 14,157.57 |
|---|---|---|

All Metal Fabrication, Inc., 6502 W. Myrtle, Glendale, AZ 85301, PH: 623 937-8007, Fax: 623 847-3615

| | | | | | |
|---|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | NUMBER | 576 |
| J2J | 000052 | 100100 | | 0012017394 | 1 |

# Earnings Statement

**ADP**

NATIONAL DEFAULT SERVICING
2525 E CAMELBACK RD SUITE 200
PHOENIX AZ 85016

Period Ending: 09/12/2009
Pay Date: 09/18/2009

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    AZ: Tax is 35.7% of Federal

AMI ANDERSON
15201 N. LUNA ST.
EL MIRAGE AZ 85335

Social Security Number: XXX-XX-4347

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.4200 | 79.47 | 1,384.37 | 25,116.65 |
| Overti Mr | 26.1300 | 4.00 | 104.52 | 5,286.75 |
| Hol | 17.4200 | 8.00 | 139.36 | 1,077.36 |
| Other | 17.4200 | 8.00 | 139.36 | 157.03 |
| Personal | | | | 407.36 |
| Vac | | | | 134.00 |
| **Gross Pay** | | | **$1,767.61** | 32,179.15 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick/Personal | | 45.40 |
| Vacation | | 87.52 |

**Deductions**

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -184.88 | 1,931.26 |
| Social Security Tax | -109.59 | 1,995.11 |
| Medicare Tax | -25.63 | 466.60 |
| AZ State Income Tax | -66.00 | 676.58 |

**Other**
| | | |
|---|---|---|
| Afpst | -16.84 | 319.96 |
| Medical | -176.62 | 3,355.78 |

| **Net Pay** | | **$1,188.05** |
|---|---|---|

Your federal taxable wages this period are
$1,767.61
Your AZ taxable wages this period are
$1,767.61

©1998, 2006, ADP, Inc. All Rights Reserved.

| | | | | |
|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK NUMBER | 576 |
| J2J | 000052 | 100100 | 0012017011 1 | |

# Earnings Statement

**NATIONAL DEFAULT SERVICING**
2525 E CAMELBACK RD SUITE 200
PHOENIX AZ 85016

Period Ending: 08/29/2009
Pay Date: 09/04/2009

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 2
   AZ: Tax is 35.7% of Federal

AMI ANDERSON
15201 N. LUNA ST.
EL MIRAGE AZ 85335

Social Security Number: XXX-XX-4347

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.4200 | 80.00 | 1,393.60 | 23,732.28 |
| Overti Mr | 26.1300 | 16.13 | 421.48 | 5,182.23 |
| Hol | | | | 938.00 |
| Other | | | | 17.67 |
| Personal | | | | 407.36 |
| Vac | | | | 134.00 |
| **Gross Pay** | | | **$1,815.08** | 30,411.54 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick/Personal | | 43.55 |
| Vacation | | 84.44 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -196.75 | 1,746.38 |
| Social Security Tax | | -112.54 | 1,885.52 |
| Medicare Tax | | -26.32 | 440.97 |
| AZ State Income Tax | | -70.24 | 610.58 |
| **Other** | | | |
| Afpst | | -16.84 | 303.12 |
| Medical | | -176.62 | 3,179.16 |
| **Net Pay** | | **$1,215.77** | |

Your federal taxable wages this period are
$1,815.08
Your AZ taxable wages this period are
$1,815.08

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 679 |
|---|---|---|---|---|---|
| 42J | 000052 | 190100 | | 0000340002 | 1 |

# Earnings Statement

**ADP**

NATIONAL DEFAULT SERVICING  
2525 E CAMELBACK RD SUITE 200  
PHOENIX AZ 85016

Period Ending: 08/15/2009  
Pay Date: 08/21/2009

00000000002  
**AMI ANDERSON**  
**15201 N. LUNA ST.**  
**EL MIRAGE AZ 85335**

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 2  
  AZ: Tax is 35.7% of Federal

Social Security Number: XXX-XX-4347

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.4200 | 79.82 | 1,390.46 | 22,338.68 |
| Overti Mr | 26.1300 | 4.27 | 111.58 | 4,760.75 |
| Personal | 17.4200 | 8.00 | 139.36 | 407.36 |
| Hol | | | | 938.00 |
| Other | | | | 17.67 |
| Vac | | | | 134.00 |
| **Gross Pay** | | | **$1,641.40** | 28,596.46 |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Sick/Personal | | 41.70 |
| Vacation | | 81.36 |

### Deductions

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -156.48 | 1,549.63 |
| Social Security Tax | -101.77 | 1,772.98 |
| Medicare Tax | -23.80 | 414.65 |
| AZ State Income Tax | -55.87 | 540.34 |

**Other**
| | | |
|---|---|---|
| Afpst | -16.84 | 286.28 |
| Checking 1 | -500.00 | |
| Medical | -176.62 | 3,002.54 |
| Savings 1 | -610.02 | |

**Net Pay**      **$0.00**

Your federal taxable wages this period are $1,641.40  
Your AZ taxable wages this period are $1,641.40

© 2000 ADP, Inc.

---

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



NATIONAL DEFAULT SERVICING  
2525 E CAMELBACK RD SUITE 200  
PHOENIX AZ 85016

Advice number: 00000340002  
Pay date: 08/21/2009

**THIS IS NOT A CHECK**

**Deposited to the account of**  
AMI ANDERSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8487 | xxxx xxxx | $500.00 |
| xxxxx7848 | xxxx xxxx | $610.02 |

## NON-NEGOTIABLE

WELLS FARGO BANK, N.A.  
ARIZONA

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT ■

| CO | FILE | DEPT | CLOCK | VCHR NO. | 576 |
|---|---|---|---|---|---|
| J2J | 000052 | 100100 | | 0000320002 | 1 |

# Earnings Statement

**ADP**

NATIONAL DEFAULT SERVICING
2525 E CAMELBACK RD SUITE 200
PHOENIX AZ 85016

Period Ending: 08/01/2009
Pay Date: 08/07/2009

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 2
   AZ: Tax is 35.7% of Federal

00000000002
AMI ANDERSON
15201 N. LUNA ST.
EL MIRAGE AZ 85335

Social Security Number: XXX-XX-4347

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.4200 | 80.00 | 1,393.60 | 20,948.22 |
| Overti Mr | 26.1300 | 19.26 | 503.26 | 4,649.17 |
| Hol | | | | 938.00 |
| Other | | | | 17.67 |
| Personal | | | | 268.00 |
| Vac | | | | 134.00 |
| **Gross Pay** | | | **$1,896.86** | 26,955.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick/Personal | | 47.85 |
| Vacation | | 78.28 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -217.19 | 1,393.15 |
| | Social Security Tax | -117.60 | 1,671.21 |
| | Medicare Tax | -27.51 | 390.85 |
| | AZ State Income Tax | -77.54 | 484.47 |
| | **Other** | | |
| | Afpst | -16.84 | 269.44 |
| | Checking 1 | -500.00 | |
| | Medical | -176.62 | 2,825.92 |
| | Savings 1 | -763.56 | |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$1,896.86
Your AZ taxable wages this period are
$1,896.86

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



NATIONAL DEFAULT SERVICING
2525 E CAMELBACK RD SUITE 200
PHOENIX AZ 85016

Advice number: 00000320002
Pay date: 08/07/2009

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| AMI ANDERSON | xxxxx8487 | xxxx xxxx | $500.00 |
| | xxxxx7848 | xxxx xxxx | $763.56 |

WELLS FARGO BANK, N.A.
ARIZONA

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

```
J2J  000052 100100        0000300002
```

# Earnings Statement

**ADP**

NATIONAL DEFAULT SERVICING  
2525 E CAMELBACK RD SUITE 200  
PHOENIX AZ 85016

Period Ending: 07/18/2009  
Pay Date: 07/24/2009

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 2  
  AZ: Tax is 35.7% of Federal

00000000002  
**AMI ANDERSON**  
**15201 N. LUNA ST.**  
**EL MIRAGE AZ 85335**

Social Security Number: XXX-XX-4347

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 17.4200 | 80.00 | 1,393.60 | 19,554.62 |
| Overti Mr | 26.1300 | 12.03 | 314.34 | 4,145.91 |
| Other | | | 17.67 | 17.67 |
| Hol | | | | 938.00 |
| Personal | | | | 268.00 |
| Vac | | | | 134.00 |
| **Gross Pay** | | | **$1,725.61** | 25,058.20 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick/Personal | | 46.00 |
| Vacation | | 75.20 |

**Important Notes**  
YOUR HOURLY RATE HAS BEEN CHANGED FROM 16.7500 TO 17.4200.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -174.38 | 1,175.96 |
| | Social Security Tax | -106.99 | 1,553.61 |
| | Medicare Tax | -25.02 | 363.34 |
| | AZ State Income Tax | -62.26 | 406.93 |
| | **Other** | | |
| | Afpst | -16.84 | 252.60 |
| | Checking 1 | -500.00 | |
| | Medical | -176.62 | 2,649.30 |
| | Savings 1 | -663.50 | |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $1,725.61  
Your AZ taxable wages this period are $1,725.61



---

**ADP**

NATIONAL DEFAULT SERVICING  
2525 E CAMELBACK RD SUITE 200  
PHOENIX AZ 85016

Advice number: 00000300002  
Pay date: 07/24/2009

**THIS IS NOT A CHECK**

**Deposited to the account of**  
AMI ANDERSON

| account number | transit ABA | amount |
|---|---|---|
| xxxxx8487 | xxxx xxxx | $500.00 |
| xxxxx7848 | xxxx xxxx | $663.50 |

**NON-NEGOTIABLE**

WELLS FARGO BANK, N.A.  
ARIZONA